IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON RICHARD GARCIA,<br><br>    Petitioner,<br><br>  v.<br><br>KATHY MENDOZA-POWERS,<br><br>    Respondent. | No. C 06-07844 CRB (PR)<br><br>**JUDGMENT** |

The Court having denied the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner Wilton Garcia.

**IT IS SO ORDERED.**

Dated: June 27, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\USDC\Desktop\Garcia Judgment.wpd